1530

Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 10, 2008.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC A. BRETTI, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Centra, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC A. BRETTI, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Centra, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN SINGLETON, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Centra, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL SALADEEN, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Martoche and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN J. MOORE, Appellant. [869 NYS2d 847] Present—Hurlbutt, J.P., Martoche, Pine and Gorski, JJ.

In the Matter of KAHLIL S. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAMIE W.-K., Appellant. (Appeal No. 1.) [869 NYS2d 847] Present—Scudder, P.J., Smith, Pine and Gorski, JJ.

In the Matter of TERRELL Z., JR. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAMIE W.-K., Appellant. (Appeal No. 2.) [869 NYS2d 847] Present—Scudder, P.J., Smith, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY HALL, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.

In the Matter of RSM WEST LAKE ROAD LLC et al., Respondents, v TOWN OF CANANDAIGUA ZONING BOARD OF AP-